# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| TIMOTHY ALLEN WAGONER | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:14cv727 |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Unopposed Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (docket no. 19) be granted, that the Commissioner's final administrative decision be reversed and that the matter be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Neither party filed written objections. Accordingly, the findings and conclusions of the Magistrate Judge are **ADOPTED** as those of the Court. It is

**ORDERED** that the Unopposed Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (docket no. 19) is **GRANTED**.

The Commissioner's final administrative decision is **REVERSED** and this case is **REMANDED** to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). It is further

1

**ORDERED** that any motion not previously ruled on is **DENIED**.

It is SO ORDERED.

**SIGNED this 30th day of April, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE